## ATTACHMENT A

| Issuing Insurer | Policy Number | Policy Period |
|---|---|---|
| Hartford Accident and Indemnity Company | 39CE16300E | 8/1/72 – 8/1/73 |
| Hartford Accident and Indemnity Company | 39CE16304E | 8/1/73 – 8/1/74 |
| Hartford Accident and Indemnity Company | 39CE16312E | 8/1/74 – 8/1/75 |
| Hartford Accident and Indemnity Company | 39CE16320E | 8/1/75 – 8/1/76 |
| Hartford Accident and Indemnity Company | 39CE16328E | 8/1/76 – 8/1/77 |